■ SYLVIA KAYE et al., Respondents, v. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Appellant.— Order of the Supreme Court, Nassau County, dated March 24, 1966, which denied a motion by MVAIC for a stay of arbitration, reversed, with costs, and motion granted. In our opinion, MVAIC is entitled to a trial by the court with respect to the validity of the disclaimer by the insurer, whether the disclaimer was based on grounds in existence either before or after the accident in issue (*Matter of MVAIC [Malone],* 16 N Y 2d 1027, 1029; *Matter of Carlos [MVAIC],* 17 N Y 2d 614; *MVAIC* v. *National Grange Mut. Ins. Co.,* 19 N Y 2d 115). Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ BESSIE A. KNUDSEN et al., Appellants, v. NEW DORP COAL CORP., Respondent.— Judgment of the Supreme Court, Richmond County, dated December 16, 1965, reversed insofar as appealed from, on the law and the facts, and new trial ordered, except with respect to the claim for property damage, with costs to abide the event. Findings of fact in the oral decision below inconsistent herewith are reversed. In our opinion, the evidence was sufficient to present a case for the jury on the issue of proximate cause. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.